1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**DISTRICT OF NEVADA**

10

| | |
|---|---|
| GREENTREE FINANCIAL GROUP, INC., ) | Case No. 2:16-cv-00972-GMN-NJK |
| Plaintiff(s), ) | |
| vs. ) | ORDER |
| WORLD NATION LIVE ENTERTAINMENT ) INC., ) | |
| Defendant(s). ) | |

16
17

Pending before the Court is Plaintiff's motion for entry of clerk's default. Docket No. 12. Plaintiff submits that Defendant has failed to appear, despite having been served with a complaint and a summons issued by the Court. Docket No. 12-2 at 2. Accordingly, it requests entry of default against Defendant. *Id*. at 3.

When requesting entry of default under Federal Rule of Civil Procedure 55(a), the plaintiff must provide the clerk with the required proof of default. *Tiesing v. 357 Customs Inc.*, 2008 WL 1970226, at *1 (E.D. Cal. May 5, 2008) (citations omitted). To prove default, plaintiff must show that service was effectuated on the defendant. *Id*.

Federal Rule of Civil Procedure 4 requires service of a summons along with the operative complaint. Fed.R.Civ.P. 4(c)(1). A summons must be "signed by the clerk" and "bear the court's seal." Fed.R.Civ.P. 4(a). "This is not a mere technicality." *Taylor v. Logic 20/20 Inc.*, 2014 WL 1379603, *3 (W.D. Wash. Apr. 8, 2014). Rather, the issuance of a summons signed by the Clerk with the seal of

the Court is an essential element of the Court's personal jurisdiction over the defendant. *Id.* (collecting authorities).

Here, there is no indication that Defendant was properly served with a summons issued by the Court Clerk bearing the Court's seal. Prior to the filing of the present motion, no summons were issued by the Court clerk in this case. *See* Docket. Further, Plaintiff attaches no valid summons to its motion. *See* Docket No. 12-2. Plaintiff has therefore failed to establish default. Accordingly, Plaintiff's motion for entry of clerk's default is hereby **DENIED**. *See Taylor*, 2014 WL 1379603, *3 (finding service ineffective for failure to attach valid summons).

IT IS SO ORDERED.

DATED: July 6, 2016

_____
Nancy J. Koppe
United States Magistrate Judge