# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GREENTREE FINANCIAL GROUP, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> WORLD NATION LIVE ENTERTAINMENT, INC., <br><br> Defendant(s). | Case No. 2:16-cv-00972-GMN-NJK <br><br> REPORT AND RECOMMENDATION |

On July 24, 2017, the Court denied Plaintiff's renewed motion for entry of default judgment for failing to satisfy its burden of establishing that service had been effectuated. Docket No. 25. The Court ordered that, to the extent Plaintiff continues to seek default judgment, it must file its second renewed motion for default judgment by August 7, 2017. *Id.* No such motion was filed. On August 16, 2017, the Court ordered Plaintiff to show cause in writing, by August 23, 2017, why this case should not be dismissed for failure to effectuate service and/or failure to prosecute. *See* Fed. R. Civ. P. 4(m), 41(b). Alternatively, the Court permitted Plaintiff to file a second renewed motion for default judgment by that date. Docket No. 26. Neither a response to the order to show cause nor a second renewed motion for default judgment has been filed. Accordingly, the undersigned **RECOMMENDS** that this case be dismissed for failure to effectuate service and/or failure to prosecute.

DATED: August 25, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge

## **NOTICE**

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within fourteen days after being served with these findings and recommendations, any party may file written objections with the court. Pursuant to Local Rule of Practice (LR) IB 3-2(a), any party wishing to object to the findings and recommendations of a magistrate judge shall file and serve *specific written objections* together with points and authorities in support of those objections, within fourteen days of the date of service of the findings and recommendations. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's Order. *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991). The points and authorities filed in support of the specific written objections are subject to the page limitations found in LR 7-3.